IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:18-mj-03005-WJE |
| **Mary Paulo**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER APPOINTING COUNSEL

ORDERED that Brady Wimer is appointed to represent Mary Paulo before the United States District in all proceedings in this court unless and until relieved by order of the United States District Court for the Western District of Missouri. Counsel is directed to obtain from defendant a financial affidavit and submit to the Court Clerk's office for filing on ECF.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge

February 13, 2018
Jefferson City, MO